✎ AO 390

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been
   signed by __Ellen Morton__

3. acting in
   the capacity of __Deputy Clerk__

4. bears the seal/stamp __United States Bankruptcy Court__

CERTIFIED

5. at __Tampa, FL__     6. the __August 11, 2021__

7. by __Jennifer N. Bowerman__

8. No. __3:21-mc-43-1__

9. Seal/Stamp          10. Signature:



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Sergio Haritos,                                    Case No.: 8:11-bk-06313-CPM
                                                   Chapter 7 case

          Debtor

_____/

## NOTICE OF FILING EXECUTED PURCHASE AND SALE
## AGREEMENT AND RELATED TRUSTEE'S DEED

Douglas N. Menchise, as Chapter 7 Trustee, by and through his undersigned counsel,

hereby gives notice of filing the attached executed Purchase and Sale Agreement and related

Trustee's Deed attached hereto as **Exhibit A** pursuant to this Court's Order Granting Trustee's

Motion to Approve Sale of Real Property (Doc 502), and Final Sale Hearing conducted pursuant

thereto on March 25, 2020.

Respectfully Submitted,

**SHUMAKER, LOOP & KENDRICK, LLP**

By: */s/ Steven M. Berman*
   **Steven M. Berman, Esq.**
   Florida Bar No.: 856290
   sberman@shumaker.com
   101 E. Kennedy Blvd., Ste. 2800
   Tampa, FL 33602
   Phone: 813-229-7600
   Facsimile: 813-229-1660
   *Attorney for Chapter 7 Trustee*

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
UNITED STATES BANKRUPTCY COURT

DEPUTY CLERK

15559967v1                            1